```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 16236
   CAROLYN A MITCHELL
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6135


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 12/08/2006 and was confirmed 02/26/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 10/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED          234.17          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          538.04          .00           .00
CITY OF CHICAGO PARKING    UNSECURED         7180.00          .00           .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED         .00           .00
CREDIT MANAGEMENT INC      UNSECURED        NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          538.65          .00           .00
FIRST PREMIER BANK         UNSECURED          313.44          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED          744.70          .00           .00
SEVENTH AVENUE             UNSECURED          386.78          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1003.01          .00           .00
FAN DISTRIBUTING LLC       UNSECURED         2013.79          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1202.60          .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED          517.17          .00           .00
GREAT LAKES CREDIT UNION   UNSECURED         7970.76          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED         1653.24          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,947.50                    1,144.28
TOM VAUGHN                 TRUSTEE                                         85.72
DEBTOR REFUND              REFUND                                            .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                1,230.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                 1,144.28
TRUSTEE COMPENSATION                              85.72
DEBTOR REFUND                                       .00
                      ---------------    ---------------
```

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 16236 CAROLYN A MITCHELL

```
TOTALS                                  1,230.00           1,230.00
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/24/09                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE